**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KCN INFOSYS, LLC**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-MC-29-L** |
| | § | |
| **ASPDWATCH ENTERPRISES**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Notice of Withdrawal of Request for Identity of Infringers

Pursuant to 17 U.S.C. § 512(h), filed June 6, 2012.  In light of this filing, Defendant's Motion to

Quash Subpoena and for Protective Order, filed May 2, 2012, is hereby **denied as moot**.  The court

**directs** the clerk of court to **close** this miscellaneous case.

**It is so ordered** this 7th day of June, 2012.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order - Solo Page**